**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| LVP CP BOSTON LLC <br> and <br> THE LIGHTSTONE GROUP LLC, <br><br> Plaintiffs, <br> v. <br><br> CRAWFORD ROOFING COMPANY, INC. <br> and <br> HMB GROUP LLC, <br><br> Defendants, <br><br><br> CRAWFORD ROOFING COMPANY, INC., <br><br> Third-Party Plaintiff, <br> v. <br><br> LUNA DESIGN GROUP, INC. <br> and <br> CARLISLE SYNTEC SYSTEMS, INC., <br><br> Third-Party Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO.:** <br> 1:13cv-12993 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, through their respective counsel, hereby agree and stipulate that all claims in this action shall be dismissed with prejudice, without costs, each party bearing its own attorneys' fees, and with all rights of appeal waived.

Dated: January 5, 2015

| | |
|---|---|
| Plaintiffs LVP CP Boston LLC and<br>The Lightstone Group LLC,<br>by their attorneys, | Defendant HMB Group LLC,<br>by its attorney, |

/s/Daniel C. Theveny
Daniel C. Theveny, Esq. (*pro hac vice*)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
dtheveny@cozen.com

Patrick J. Loftus, III, BBO #303310
9 Park Street – Suite 500
Boston, MA  02108
(617) 723-7700 (tel.)
(617) 248-9752 (fax)

/s/ Robert P. Turner
Robert P. Turner, Esq., BBO # 504900
LAW OFFICES OF JACQUELINE L. ALLEN, a Staff Counsel Office of the CNA Insurance Companies
53 State Street, 5th Floor
Boston, MA 02109
Office: (617) 994-4416
Cell: (857) 212-1437
Fax: (866) 593-9134
robert.turner@cna.com

Third-Party Plaintiff,
Crawford Roofing Company, Inc.,
by its attorney,

Third-Party Defendant,
 Luna Design Group, Inc.,
by its attorney,

/s/ James R. Dyer
James R. Dyer, Esq., BBO# 558929
TUCKER, SALTZMAN & DYER, LLP
50 Congress Street
Boston, MA 02109
617-986-4219
617-986-6229 (fax)
dyer@tsd-lawfirm.com

/s/ Catherine A. Bednar
Catherine A. Bednar, Esq., BBO #667394
LECLAIR RYAN, P.C.
11th Floor
One International Place
Boston, MA 02110
617-502-8200
617-502-8201 (fax)
Catherine.Bednar@leclairryan.com

Third-Party Defendant,
Carlisle Systems Syntec, Inc.,
by its attorney,

/s/ Ryan B. MacDonald
Ryan B. MacDonald, Esq., BBO #683131
SLOANE AND WALSH LLP
3 Center Plaza, 8th Fl
Boston MA 02108
617-523-6010
RMacDonald@sloanewalsh.com

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on this 5th day of January, 2015.

                                                */s/ Catherine A. Bednar*
                                                Catherine A. Bednar